MARY H. STOVALL ET AL., APPELLANTS, VS. AMY C. ROB-
INSON ET AL., APPELLEES.

Appeal from Circuit Court of Marion county.

*John G. Reardon*, for Appellants.

No appearance for Appellees.

The bill in this case was filed by the appellants against the appellees. There was decree dismissing the original and amended bills of complaint, and the complainants appeal. The decree is affirmed, but without prejudice to the institution of other or further proceedings by the appellants.

Decision Per Curiam.